UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BENITA JASPER,

        Plaintiff,

        Case No. 1:10-cv-1250

v.

        HONORABLE PAUL L. MALONEY

HEART OF WEST MICHIGAN
UNITED WAY,

        Defendant.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Heart of West Michigan United Way has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Heart of West Michigan United Way shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:  January 10, 2011                              /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge